# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| § | **CASE NUMBER 6:20-CR-00105-JCB** |
| **v.** § | |
| § | |
| § | |
| § | |
| **ELIDE GONZALEZ,** § | |
| § | |

## REPORT AND RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

On August 24, 2023, the court conducted a hearing to consider the government's petition to revoke the probation of Defendant Elide Gonzalez. The parties consented to proceed before the undersigned for the revocation of probation. (Doc. Nos. 18, 19.) The government was represented by Bob Wells, Assistant United States Attorney for the Eastern District of Texas, and Defendant was represented by Jonathan Hyatt, Federal Public Defender.

Defendant originally pled guilty to the offense of Transportation of Illegal Aliens, a Class C felony. The United States Sentencing Guideline range for this offense, based on a total offense level of 10 and a criminal history category of I, was 6 to 12 months. The offense carried a maximum imprisonment term of 10 years. On November 24, 2020, District Judge David Counts of the Western District of Texas sentenced Defendant to 5 years of probation subject to the standard conditions of release, plus special conditions to include mental health treatment and substance abuse testing and treatment. On December 29, 2020 the case was assigned to Judge Barker and jurisdiction of this case was accepted by the Eastern District of Texas.

Under the terms of probation, Defendant was prohibited from committing another federal, state, or local crime. In Allegation 1 of its petition, the government alleges Defendant violated the conditions of her probation when she was arrested on May 30, 2021 by the Van Zandt County Sheriff's Department, charged, and later convicted of the offense of Assault Causing Bodily Injury to a Family Member. If the court finds by a preponderance of the evidence that Defendant violated the conditions of probation when she was convicted of the above-referenced offense, Defendant will have committed a Grade C violation. U.S.S.G. § 7B1.1(a). Upon a finding of a Grade C violation, the court may revoke probation. U.S.S.G. § 7B1.3(a)(2). Considering Defendant's criminal history category of I, the Guideline imprisonment range for a Grade C violation is 3 to 9 months. U.S.S.G. § 7B1.4(a).

At the hearing, the parties indicated that they had come to an agreement to resolve the petition whereby Defendant would plead true to violating the conditions of probation as alleged in Allegation 1 of the government's petition. In exchange, the government agreed to recommend to the court a sentence of 7 months imprisonment with no supervised release to follow.

The court therefore **RECOMMENDS** that Defendant's plea of true be accepted and she be sentenced to a term of 7 months imprisonment, with no supervised release to follow. The court further **RECOMMENDS** that Defendant serve her sentence at FMC Ft. Worth, Texas, if available. The parties waived their right to objections so this matter shall be immediately presented to the District Judge for consideration.

**So ORDERED and SIGNED this 24th day of August, 2023.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

2