UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:20-cr-00105

———

**United States of America**

v.

**Elide Gonzalez**

———

# ORDER

This criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The parties consented to proceed before the magistrate judge for purposes of the revocation of probation. Docs. 18, 19. Judge Love held a final revocation hearing on August 24, 2023, and issued a report recommending that probation should be revoked. Defendant waived her right to object to the report, agreed to the revocation of her probation, agreed to the sentence below, and waived her right to be present for sentencing. Doc. 21.

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court orders that the defendant be sentenced to a period of seven months imprisonment with no supervised release to follow. The court recommends that defendant serve her sentence at FMC Fort Worth, Texas, if available.

*So ordered by the court on August 30, 2023.*

J. CAMPBELL BARKER
United States District Judge